UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANIBAL EQUITE, on his own behalf and on behalf of those similarly situated

    Plaintiff,

v.

Case No:  2:14-cv-746-FtM-38CM

GREEN & CLEAN PROPERTY SOLUTION, INC.,

    Defendant.
_____/

# ORDER[1]

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Carol Mirando Recommending that the Motion for Settlement (Doc. #23) filed on June 1, 2015, be approved.  In the Report and Recommendation, Magistrate Judge Mirando recommends that the Court approve the Settlement Agreement as a fair and reasonable settlement of a bona fide FLSA claim, and dismiss the case with prejudice.  The Parties do not object to the R & R.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C.

---

[1]

§ 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of Magistrate Judge Mirando.

Accordingly, it is now

**ORDERED:**

1. Report and Recommendation (Doc. #23) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Joint Motion for Approval of Settlement Agreements and Entry of Order of Dismissal (Doc. #22) is **GRANTED** and the Settlement Agreement is **APPROVED** as a fair and reasonable settlement of a bona fide dispute under the FLSA.

3. Plaintiff's Complaint is hereby **DISMISSED with prejudice.**

4. The Clerk is directed to enter judgment accordingly, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2015.

*[Signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record